| | |
|---|---|
| **From:** | Drew Farrington |
| **To:** | Joey Soboslay |
| **Cc:** | Carol Dillon; Chris Myers |
| **Subject:** | RE: Eric Wilburn v. Dawn Nelson, et al.--Settlement Offer |
| **Date:** | Wednesday, July 17, 2019 11:12:00 AM |
| **Attachments:** | DRAFT - Settlement Agreement and Release.docx |

Chris and Joey,

I am still waiting to hear back from Co-Defendants before I file the stipulation of dismissal of Dawn Nelson, but I have drafted a proposed release for your review.

We will wait until the Court has granted the stipulation of dismissal as to Dawn Nelson prior to executing this, but I wanted to make sure you guys were ok with the language therein.

Thanks,


Drew Farrington
Attorney



**BleekeDillonCrandall**
**ATTORNEYS**

8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN 46250-4365
317.567.2222 office/317.567.2228 direct
317.567.2220 office fax

**CONFIDENTIALITY NOTICE**

This email and any documents accompanying this email transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is not permissible. If you have received this telecopy in error, please immediately notify us by telephone at the above number to arrange for the return of the email and documents to us at our expense.

**From:** Joey Soboslay <jsoboslay@myers-law.com>
**Sent:** Thursday, July 11, 2019 1:21 PM
**To:** Drew Farrington <drew@bleekedilloncrandall.com>
**Cc:** Carol Dillon <carol@bleekedilloncrandall.com>; Chris Myers <cmyers@myers-law.com>
**Subject:** RE: Eric Wilburn v. Dawn Nelson, et al.--Settlement Offer

Fine with Chris


**From:** Drew Farrington <drew@bleekedilloncrandall.com>
**Sent:** Thursday, July 11, 2019 1:00 PM
**To:** Joey Soboslay <jsoboslay@myers-law.com>
**Cc:** Carol Dillon <carol@bleekedilloncrandall.com>; Chris Myers <cmyers@myers-law.com>



**Subject:** RE: Eric Wilburn v. Dawn Nelson, et al.--Settlement Offer

Joey,

Thank you for the quick response. Our settlement agreement would need to be confidential, which we hope would not be any issue.

In addition, we would like to structure the settlement as to Corizon only with a stipulation of dismissal of claims against Dawn Nelson to be filed tomorrow. Thus, Corizon would be the only settling party.

If you are agreeable to the attached stipulation, I will send to Co-Defendant tomorrow and get you a draft settlement release tomorrow as well.

I need to leave the office now to attend a hearing, or else I'd draft it all today.

Thank you,

Drew Farrington
Attorney



**BleekeDillonCrandall**
**ATTORNEYS**

8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN 46250-4365
317.567.2222 office/317.567.2228 direct
317.567.2220 office fax

**CONFIDENTIALITY NOTICE**
This email and any documents accompanying this email transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is not permissible. If you have received this telecopy in error, please immediately notify us by telephone at the above number to arrange for the return of the email and documents to us at our expense.

**From:** Joey Soboslay <jsoboslay@myers-law.com>
**Sent:** Thursday, July 11, 2019 12:52 PM
**To:** Drew Farrington <drew@bleekedilloncrandall.com>
**Cc:** Carol Dillon <carol@bleekedilloncrandall.com>; Chris Myers <cmyers@myers-law.com>
**Subject:** RE: Eric Wilburn v. Dawn Nelson, et al.--Settlement Offer

This e-mail is to confirm that Mr. Wilburn will agree to settle for $5,000 against only Dawn Nelson and Corizon.

**From:** Drew Farrington <drew@bleekedilloncrandall.com>
**Sent:** Thursday, July 11, 2019 10:29 AM
**To:** Joey Soboslay <jsoboslay@myers-law.com>
**Cc:** Carol Dillon <carol@bleekedilloncrandall.com>; Chris Myers <cmyers@myers-law.com>

**Subject:** RE: Eric Wilburn v. Dawn Nelson, et al.--Settlement Offer

Joey,

I understand the position you're in, but unfortunately we need a response today.  We are going to have to knock out a lengthy dispositive motion by the end of the day tomorrow that covers your client's claims of discrimination, deliberate indifference, negligence, and negligent infliction of emotional distress and we can't wait around any longer to start working on that.

I know State Defendant said they'd like to file an extension of that deadline, but that hasn't been done.

Thanks,


Drew Farrington
Attorney



**BleekeDillonCrandall**
**ATTORNEYS**

8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN 46250-4365
317.567.2222 office/317.567.2228 direct
317.567.2220 office fax

**CONFIDENTIALITY NOTICE**
This email and any documents accompanying this email transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is not permissible. If you have received this telecopy in error, please immediately notify us by telephone at the above number to arrange for the return of the email and documents to us at our expense.

**From:** Joey Soboslay <jsoboslay@myers-law.com>
**Sent:** Thursday, July 11, 2019 10:21 AM
**To:** Drew Farrington <drew@bleekedilloncrandall.com>
**Cc:** Carol Dillon <carol@bleekedilloncrandall.com>; Chris Myers <cmyers@myers-law.com>
**Subject:** RE: Eric Wilburn v. Dawn Nelson, et al.--Settlement Offer

Mr. Farrington:
May we have until tomorrow afternoon to give a response?  Mr. Wilburn sent us a letter and we should be getting it any day now.

**From:** Drew Farrington <drew@bleekedilloncrandall.com>
**Sent:** Monday, July 8, 2019 1:38 PM
**To:** Chris Myers <cmyers@myers-law.com>
**Cc:** Joey Soboslay <jsoboslay@myers-law.com>; Carol Dillon <carol@bleekedilloncrandall.com>

**Subject:** Eric Wilburn v. Dawn Nelson, et al.--Settlement Offer

Chris,

I was able to speak with my client and they have reauthorized our last, best, and final offer of $5,000 to settle all claims against Corizon and Dawn Nelson. Any settlement agreement would additionally need to include confidentiality.

Lastly, this offer is only good until COB Thursday, July 11, 2019 as we will need to finish drafting our dispositive motion to file on July 12, 2019.

Thank you,


Drew Farrington
Attorney


BleekeDillonCrandall
**ATTORNEYS**


8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN 46250-4365
317.567.2222 office/317.567.2228 direct
317.567.2220 office fax

**CONFIDENTIALITY NOTICE**
This email and any documents accompanying this email transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is not permissible. If you have received this telecopy in error, please immediately notify us by telephone at the above number to arrange for the return of the email and documents to us at our expense.